UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTTSDALE INSURANCE COMPANY,

                            Plaintiff,

               -against-

677 ELEVENTH AVENUE REALTY, LLC, et al.,

                            Defendants.

-----------------------------------------------------------------X

19-CV-11688 (GHW)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Friday, February 21, 2020, the Honorable Gregory H. Woods assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 24, 2020
               New York, New York