**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Dec. 9, 2020

Scottsdale Insurance Company as subrogee
of Z Live Inc. d/b/a Stage 48,

     Plaintiff,

v.

677 Eleventh Avenue Realty, LLC and Bay
Ridge Automotive Management Corp. d/b/a
Lexus of Manhattan,

     Defendants.

**19-cv-11688 (SN)**

**AMENDED CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING
ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Upon joint application of the parties, the following amended scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may move to amend the pleadings or join additional parties no later than 10 days after entry of this Order. If any new party is impleaded, then all dates herein shall be extended by 90 days.

**Discovery.** All fact discovery shall be completed by January 29, 2021. Disclosure of expert evidence as required Rule 26(a)(2)(A), (B) or (C) shall be made by February 26, 2021. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by March 31, 2021. All expert discovery shall be completed by April 30, 2021.

**Status Letter.** A joint letter informing the Court about the status of discovery shall be filed with the Court by January 15, 2021. The letter should address any outstanding discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion.** Any summary judgment motion shall be filed, without a pre-motion letter, by June 25, 2021.

**Trial.** The parties request a jury trial.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      December 9, 2020
            New York, New York